

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00243-CR

Frank Deon **PHILLIPS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9117
Honorable Pat Priest, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 1, 2016.

_____
Jason Pulliam, Justice